# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Sarprio Doranti, Lloyd Dasjarlais, and Jarquard Larkin, | Civil No. 12-1509 (DWF/LIB) |
| Plaintiffs, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Debora Zauhar, | |
| Defendant. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois dated August 15, 2012. No objections have been filed to the Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiffs' Complaint (Doc . No. [1]) is **DISMISSED WITHOUT PREJUDICE** for failure to comply with this Court's Order of June 27, 2012, and for lack of prosecution.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 4, 2012         s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 United States District Judge